Honorable Bruce T. Beesley
United States Bankruptcy Judge

**Entered on Docket**
**December 11, 2012**

___

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re: SAMANTHA REBECCA COMICHISTO <br><br><br>      Debtor(s). | Bankruptcy No.: 12-52747-btb <br> Chapter 7 <br><br> **ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE** <br><br> Hearing Date:    N/A <br> Hearing Time:    N/A |

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ X ]    GRANTED
         This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[ — ]    ~~DENIED~~
         ~~The debtor shall pay the chapter 7 filing fee according to the following terms:~~

$ ~~50~~    ~~on or before~~    ~~(within 30 days of filing petition)~~

$ ~~50~~    ~~on or before~~    ~~(within 60 days of filing petition)~~

$ ~~100~~    ~~on or before~~    ~~(within 90 days of filing petition)~~

$ ~~106~~    ~~on or before~~    ~~(within 120 days of filing petition)~~

~~Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case~~

~~IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CHAPTER 7 CASE.~~

[ ]     SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held at the C. Clifton Young Federal Building, 300 Booth Street, 5th Floor, Reno, NV 89509 in Courtroom No. ___ on the _____ day of _____ 2012 at the hour of _____.

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

###

NV 3B(2/08)